UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                    CASE NO.: 2:19-cr-195-FtM-38NPM

AUSTIN DEERWESTER RIDLEY
_____/

## PRELIMINARY ORDER OF FORFEITURE

**BEFORE** the Court is United States' Motion for Preliminary Order of Forfeiture filed February 6, 2020. (Doc. 47). Pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for a Preliminary Order of Forfeiture for a **Canon Pixma printer, Model TS3122, serial number KMCW70364**, and a **Canon Pixma printer, Model MG2522, serial number AFMV91433**, which were used or intended to be used to commit the offense charged in Count One of the Indictment. (Doc. 1).

The Defendant pleaded guilty to Count One of the Indictment charging counterfeiting Federal Reserve Notes, in violation of 18 U.S.C. § 471, and the Court adjudged her guilty of the offense. (Doc. 43).

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is **GRANTED**. Pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the Defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the Government.

**DONE** and **ORDERED** in Fort Myers, Florida, this 13th day of February 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record