UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

V.  Case No. 2:19-cr-195-FtM-38-NPM

AUSTIN DEERWESTER RIDLEY
_____/

**<u>FINAL ORDER OF FORFEITURE</u>**[1]

Before the Court is the United States' Motion for Final Order of Forfeiture of a **Canon Pixma Printer, Model TS3122, Serial Number KMCW70364**, and a **Canon Pixma Printer, Model MG2522, Serial Number AFMV91433**, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure. (Doc. 62).

On February 13, 2020, the Court entered a Preliminary Order of Forfeiture for the afore-described assets, pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c). (Doc. 48).

The Court finds that in accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on February 19, 2020 and continuing through March 19, 2020.  (Doc. 49).  The publication gave notice to all third-parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within sixty-days of the first date of publication.   No third-party has filed petition to or claimed an interest in the assets, and the time for doing so has

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

expired.

Accordingly, it is:

**ORDERED**

(1) For good cause shown, the United States' Motion for Final Order of Forfeiture is **GRANTED**.

(2) Under 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 11th day of June 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record